

Entered on Docket
November 02, 2009

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

---

**BRIAN D. SHAPIRO**
Trustee in Bankruptcy
411 E. Bonneville Ave., Suite 300
Las Vegas, NV 89101
(702) 386-8600 Fax (702) 383-0994
trusteeshapiro@brianshapirolaw.com

<u>**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**</u>

| | |
|---|---|
| In Re:<br><br>ALFREDO SAAVEDRA and<br>SONIA SAAVEDRA,<br><br><br><br>Debtor(s). | Chapter 7<br>Case No. 09-23556-MKN<br><br>**ORDER DISMISSING CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 109(g)(1) AND 11 U.S.C. § 521(e)2) WITHOUT PREJUDICE AND DISCHARGING TRUSTEE**<br><br>Hearing Date: October 28, 2009<br>Hearing Time: 11:00 a.m. |

Brian D. Shapiro, Trustee filed a motion to dismiss the Chapter 7 case under 11 U.S.C. §109(g)(1) and 11 U.S.C. §521(e)(2) without prejudice and discharging the Trustee. The motion having come on regularly for hearing on the above date and time, before the Honorable Linda Riegle, Brian D. Shapiro, Trustee appearing. The Court having reviewed the motion, finding that service of the motion and notice was proper, good cause appearing therefore it is hereby:

ORDERED that the Chapter 7 proceeding is hereby dismissed without prejudice and it is ordered that no discharge will be entered. It is further

ORDERED that Brian D. Shapiro, Trustee is hereby discharged as Trustee.

SUBMITTED BY:

/s/ Brian D. Shapiro
BRIAN D. SHAPIRO, TRUSTEE

### ALTERNATIVE METHOD Re: RULE 9021

In accordance with Local Rule 9021, by submitting this order, it is certified that:

\_\_\_\_ The court waived the requirements of approval under LR 9021.

_X_ No parties appeared or filed written objections to the motion.

\_\_\_\_ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

###